IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Karen Spector,<br><br>    Plaintiff,<br><br>v.<br><br>Lands' End Incorporated,<br><br>    Defendant. | NO. CV-24-02775-PHX-ROS<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed January 29, 2025, Plaintiff to take nothing, and the complaint and action are dismissed.

Debra D. Lucas
District Court Executive/Clerk of Court

January 29, 2025

By    s/ Rebecca Kobza
Deputy Clerk